<u>Notice of Settlement</u>

Case 3:17-cv-01565-RDM

Brogan v. ARS National Services, Inc.

Honorable Judge Mariani

The parties have reached a settlement in this matter.  However, Plaintiff is a debtor in a bankruptcy case and the settlement is contingent upon the approval of the bankruptcy court.  A Motion seeking such approval has been filed and should be ripe for the bankruptcy court's consideration.  If the approval is obtained, further action by the Court, including the status conference currently scheduled for Jan 5, 2018 will not be required, and the parties will file a joint stipulation dismissing the action.

Respectfully Submitted,

 /s/ Michael A. Hynum__
Michael A. Hynum, Esquire
HYNUM LAW
Counsel for Defendant
2608 N 3rd St
Harrisburg, PA 17110
(717) 774-1357
mhynum@hynumpc.com

c: Carlo Sabatini, counsel for Plaintiff