# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joanne Brogan, | Docket 3:17-cv-01565-RDM |
| Plaintiff, | (JUDGE ROBERT D. MARIANI) |
| v. | |
| ARS National Services, Inc., | FILED ELECTRONICALLY |
| Defendant. | |

## Stipulation of Dismissal

Please dismiss this action without costs and with prejudice.

s/ Carlo Sabatini
Carlo Sabatini: PA 83831
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com

s/ Michael Hynum
Michael Hynum: PA 85692
Attorney for Defendant
Hynum Law
2608 North 3rd Street
Harrisburg, PA 17110
Phone (717) 774-1357
Facsimile (717) 774-0788
Email mhynum@Hynumpc.com